The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Dated: September 16 2020

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-30650 |
| | ) | |
| Lisa M. Yontz | ) | Chapter 13 |
| Joseph E. Yontz | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |
| Debtor(s) | ) | |

### ORDER CONTINUING CONFIRMATION HEARING

This matter came before the court for further hearing on confirmation on September 15, 2020. The Chapter 13 Trustee and Attorney for Debtors appeared by telephone.

The Trustee does not presently recommend confirmation. The court will continue proceedings on confirmation as set forth below to address CMI and feasibility issues.

Good cause appearing,

**IT IS ORDERED** that Confirmation is hereby continued for *Further Hearing* to **October 6, 2020, at 11:00 a.m.**, in Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio. *In light of the public health issues and best practices requiring the limiting of personal contact arising from the coronavirus pandemic, the Court is directing that all hearings be conducted by telephone conference, whenever possible. Debtor(s) who are represented by counsel must contact counsel if they would like to appear by telephone. Counsel and Debtors who are not represented by counsel should contact court staff at either 419-213-5621 to make arrangements for telephonic appearance no less than 24 hours prior to the scheduled hearing.*

# # #